THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRIAN LANDAU,

    Plaintiff,

v.

MARIROSA LAMAS, et al.,

    Defendants.

: CIVIL ACTION NO. 3:15-CV-1327
:
: (JUDGE MARIANI)

FILED
SCRANTON
MAR 16 2022
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS __16th__ DAY OF MARCH 2022, upon consideration of Plaintiff's Motion *in Limine* to Exclude the Defense of Consent (Doc. 242) and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion *in Limine* to Exclude the Defense of Consent (Doc. 242) is **DENIED**.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge