THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN LANDAU, | : |
| Plaintiff, | : CIVIL ACTION NO. 3:15-CV-1327 |
| | : |
| v. | : (JUDGE MARIANI) |
| | : |
| MARIROSA LAMAS, et al., | : |
| Defendants. | : |

FILED
SCRANTON
MAR 1 6 2022
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 16th DAY OF MARCH 2022, upon consideration of Plaintiff's Motion *in Limine* to Exclude Letter Under Rules 401, 403, & 412(b)(2) (Doc. 244) and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Motion *in Limine* to Exclude Letter Under Rules 401, 403, & 412(b)(2) (Doc. 244) is **DENIED**.

_____
Robert D. Mariani
United States District Judge